IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr328-MHT** |
| | ) | **(WO)** |
| **LASONYA ATWOOD** | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the government's motion to dismiss (doc. no. 72) is granted, the indictment (doc. no. 1) is dismissed as to defendant Lasonya Atwood, and defendant Atwood is discharged and released.

DONE, this the 3rd day of August, 2018.

                                     /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**